**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**August 24, 2010**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

BIGLER JOBE STOUFFER, II,

           Petitioner - Appellant,

    v.

JOHN WHETSEL, Sheriff; WES
LANE, District Attorney Oklahoma
County; JERRY BASS, Honorable
State District Judge Oklahoma County,

           Respondents - Appellees.

No. 10-6018

(W.D. Oklahoma)

(D.C. No. 02-cv-01659-C)

---

**ORDER DENYING**
**CERTIFICATE OF APPEALABILITY**[*]

---

Before **KELLY**, **McKAY**, and **LUCERO**, Circuit Judges.

---

On September 4, 2009, in Case No. 03-6093, we found that fees deducted

from Appellant's prison account were improperly applied to his appeal in that

case. We remanded for the district court to "review its case records to determine

whether the payments attributable to the instant appeal should have been applied

in another case or appeal." (Order at 2.) The district court followed our

---

[*] This order is not binding precedent except under the doctrines of law of
the case, res judicata, and collateral estoppel. It may be cited, however, for its
persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

direction.  It determined that Appellant's partial payments should be applied to other cases in which Appellant owes fees, Case Nos. 94-cv-1395, 04-cv-14, and 09-cv-320.

Appellant seeks a certificate of appealability to challenge that order. However, it cannot reasonably be debated that the trial court's order is correct. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  We therefore **DENY** a certificate of appealability and **DISMISS** this appeal.  We do, however, **GRANT** Appellant's motion to proceed *in forma pauperis*.

ENTERED FOR THE COURT


Monroe G. McKay
Circuit Judge